**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000442**
**26-APR-2017**
**10:34 AM**

NO. CAAP-16-0000442

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ASSOCIATION OF APARTMENT OWNERS OF HOLOLANI,
by its Board of Directors,
Plaintiff/Counterclaim-Defendant/Appellant,
v.
ELIZABETH A. MILLER and DANIEL P. MILLER,
Defendants/Counterclaim-Plaintiffs/Appellees,
and
JOHN DOES 1-5, JANE DOES 1-5, et al., Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 06-1-0249(3))

ORDER APPROVING THE DECEMBER 6, 2016
"STIPULATION FOR DISMISSAL WITH PREJUDICE OF APPEAL"
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Stipulation for Dismissal With Prejudice of Appeal," filed December 6, 2016, by Plaintiff/Counterclaim Defendant/Appellant Association of Apartment Owners of Hololani, it appears that (1) the appeal was docketed on October 3, 2016; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own costs and attorneys' fees on appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, April 26, 2017.

Presiding Judge

Associate Judge

Associate Judge

-2-